# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2019

157431

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TRAMANUEL DURHAM,
      Defendant-Appellant.

SC: 157431
COA: 334256
Wayne CC: 16-002807-FC

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____/

      By order of December 19, 2018, the application for leave to appeal the January 25, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Ames* (Docket No. 156077). On order of the Court, the case having been decided on June 26, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2019

b0904

Clerk